**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Entsorga West Virginia, LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-5351143** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **119 Recovery Way**<br>**Martinsburg, WV 25405**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Berkeley**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
       _____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

■ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?    **The waste materials are subject to spontaneous combustion and must be continuously monitored. Additionally, the property must be secured to guard against public health issues.**

■ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?    **119 Recovery Way
Martinsburg, WV, 25405-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency    **None**

     Contact name _____

     Phone _____

---

   **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |

---

Debtor    Entsorga West Virginia LLC

Name

Case number (if known)

|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |
|---|---|---|---|

| **16. Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|
|  | ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,000 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 3:23-bk-00046    Doc 1    Filed 02/06/23    Entered 02/06/23 14:24:57    Page 5 of 51

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  6, 2023**
　　　　　　　　MM / DD / YYYY

**X** **/s/ Brian C. Essman**　　　　　　　　　　　　**Brian C. Essman**
Signature of authorized representative of debtor　　Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Brian R. Blickenstaff**　　　　　　　Date    **February  6, 2023**
Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

**Brian R. Blickenstaff 9449**
Printed name

**Turner & Johns, PLLC**
Firm name

**808 Greenbrier Street**
**Charleston, WV 25311**
Number, Street, City, State & ZIP Code

Contact phone    **304-720-2300**　　　Email address

**9449 WV**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Entsorga West Virginia, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 6, 2023**    X **/s/ Brian C. Essman**
Signature of individual signing on behalf of debtor

**Brian C. Essman**
Printed name

**Managing Member**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Entsorga West Virginia, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF WEST VIRGINIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AP Logistics, LLC PO Box 265 Jewett, TX 75846** | | **Business Operations** | | | | $75,585.00 |
| **Apple Valley Waste Services, Inc. 400 West Stephen Street Suite 209 Martinsburg, WV 25401** | | **Security, Fire Control. Permit Compliance, Health Safety Management** | | | | $1,777,520.00 |
| **Apple Valley Waste Services, Inc. PO Box 309 Kearneysville, WV 25430** | | **Business Operations** | | | | $250,058.41 |
| **Berkeley County Sheriff 400 West Stephen Street Suite 209 Martinsburg, WV 25405** | | **Property Taxes** | | | | $196,767.94 |
| **Berkeley County SWA 19 Recovery Way Martinsburg, WV 25405** | | **Ground Lease** | | | | $83,334.65 |
| **Bousum Transfer, LLC PO Box 290 Petersburg, PA 16669** | | **Business Operations** | | | | $70,707.50 |
| **Clean Harbors Environmental Services,Inc PO Box 734867 Dallas, TX 75373** | | **Business Operations** | | | | $32,201.58 |

Debtor  **Entsorga West Virginia, LLC**                                          Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Conti Testing Laboratories, Inc. PO Box 174 Bethel Park, PA 15102** | | **Business Operations** | | | | **$43,327.50** |
| **First Insurance Funding PO BOx 7000 Carol Stream, IL 60197** | | **Business Operations** | | | | **$171,727.68** |
| **Freed Maxick PO Box 8000 Dept 644 Buffalo, NY 14267** | | **Business Operations** | | | | **$33,400.00** |
| **Kiln Direct, LLC 1880 Lynette Drive Sumter, SC 29154** | | **Business Operations** | | | | **$305,988.43** |
| **Linder Recyclingtech America, LLC 152 Walker Road Statesville, NC 28625** | | **Business Operations** | | | | **$34,094.05** |
| **North American Millwright 4480 North Point Blvd. Sparrows Point, MD 21219** | | **Business Operations** | | | | **$36,278.64** |
| **Onion Strategies, LLC 33 West Main Street Buckhannon, WV 26201** | | **Business Operations** | | | | **$158,033.29** |
| **Polsinelli, PC PO Box 878681 Kansas City, MO 64187** | | **Business Operations** | | | | **$673,126.72** |
| **Potomac Edison PO Box 3615 Akron, OH 44309** | | **Business Operations** | | | | **$107,626.64** |
| **Securitas Security Services USA, Inc. PO Box 403412 Atlanta, GA 30384** | | **Business Operations** | | | | **$40,252.58** |
| **West Virginia State Tax Department P.O. Box 1826 Charleston, WV 25327** | | **Solid Waste Taxes** | | | | **$435,054.44** |

Debtor   **Entsorga West Virginia, LLC**                                   Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WM Corporate Services, Inc. PO Box 13684 Philadelphia, PA 19101** | | **Business Operations** | | | | $68,779.04 |
| **WVEDA Solid Waste Disposal Revenue Bonds US Bank ATTN: Chris Gehman EX-VA-URIT James Center II 1021 East Cary St., Suite 1850 Richmond, VA 23219** | | **Blanket Lien on all Assets** | | $33,000,000.00 | $7,767,657.31 | $25,232,342.69 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Entsorga West Virginia, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $    **7,337,352.87**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $    **7,337,352.87**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **33,000,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    **667,777.15**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$    **4,140,777.06**

4. Total liabilities ...........................................................................................................................
   Lines 2 + 3a + 3b

   $    **37,808,554.21**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Entsorga West Virginia, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **City National Bank**<br>**1700 W. King Street**<br>**Martinsburg, WV  25401**<br>**Balance: (-443.98)** | Checking | 7112 | $0.00 |

**4.**   **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **2016.18 O&M Fund 221550007** | $105,102.68 |
| 4.2. | **2016/18 Capital R&R Fund  221550008** | $105,143.12 |

**5.**   **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $210,245.80 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

Debtor  **Entsorga West Virginia, LLC**                                    Case number *(If known)* _____
_____Name_____

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11b. Over 90 days old:        **430,304.44**    -    **430,304.44**  =....    **$0.00**
                        face amount            doubtful or uncollectible accounts

12.     **Total of Part 3.**                                            **$0.00**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.     **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                              % of ownership | | |
| 16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe:<br>**Trust Accounts - Money Market and Governmental Pooled**<br>**Investments for the For the Benefit of West Virginia**<br>**Economic Development Authority Soldi Waste Disposal**<br>16.1.  **Revenue Bonds** | | **$3,642,794.07** |

17.     **Total of Part 4.**                                            **$3,642,794.07**
        Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.     **Raw materials** | | | | |
| 20.     **Work in progress** | | | | |
| 21.     **Finished goods, including goods held for resale** | | | | |
| 22.     **Other inventory or supplies**<br>**Maintenance Tools &**<br>**Spare Replacement**<br>**Parts** | | **$0.00** | | **$75,000.00** |

Debtor    **Entsorga West Virginia, LLC**                                        Case number *(If known)* _____
              Name

23.    **Total of Part 5.**                                                                      | $75,000.00 |

       Add lines 19 through 22. Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Control Systems/SCADA-HW | $0.00 | | $9,063.00 |
| Control Systems/SCADA-SCADA | $0.00 | | $54,580.00 |
| Control Systems/SCADA-Software Installation | $0.00 | | $32,106.00 |
| Miscellaneous Computer Equipment & Software | $0.00 | | $25,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                      | $120,749.00 |

       Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

Debtor    **Entsorga West Virginia, LLC**            Case number *(If known)* _____
          Name

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No.  Go to Part 9.
      ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Standard Conveyors**<br>**Pretreatment & Unloading Section** | $0.00 | N/A | $116,184.00 |
| **Steel Slat Conveyors**<br>**Pretreatment & Unloading Section** | $0.00 | | $54,351.00 |
| **Chutes**<br>**Pretreatment & Unloading Section** | $0.00 | | $24,828.00 |
| **Steel Structures**<br>**Pretreatment & Unloading Section** | $0.00 | | $28,253.00 |
| **Trommel 3200 x 10000 MM**<br>**Pretreatment & Unloading Section** | $0.00 | | $141,482.00 |
| **Automated Bridge Cranes & Buckets**<br>**Biological Section** | $0.00 | | $636,858.00 |
| **Biofilter 10x66 m, Ventilation unit made by 21<br>ventilators, 21 reverse flow devices, pipelines**<br>**Biological Section** | $0.00 | | $103,004.00 |
| **Switchboard, etc.**<br>**Biological Section** | $0.00 | | $278,405.00 |
| **Fly capture system, Spray water on the doors,<br>leachate**<br>**Biological Section** | $0.00 | | $5,898.00 |

Debtor   **Entsorga West Virginia, LLC**                                    Case number *(If known)* _____
_____
              Name

| | | | |
|---|---|---|---|
| **Recirculation spray - wetting system** | $0.00 | | $10,119.00 |
| **Fire Alarm Sensors**<br>**Biological Section** | $0.00 | | $73,574.00 |
| **Pre-shredder**<br>**SRF Refining Line** | $0.00 | | $155,977.00 |
| **Standard Conveyors**<br>**SRF Refining Line** | $0.00 | | $189,787.00 |
| **Steel Slat Conveyors**<br>**SRF Refining Line** | $0.00 | | $66,238.00 |
| **Chutes**<br>**SRF Refining Line** | $0.00 | | $48,786.00 |
| **Steel Structures**<br>**SRF Refining Line** | $0.00 | | $150,680.00 |
| **Trommel 3200 x 7500 MM**<br>**SRF Refining Line** | $0.00 | | $119,104.00 |
| **Drum separator - (air classifier)**<br>**SRF Refining Line** | $0.00 | | $83,545.00 |
| **Secondary shredder/Granulator**<br>**SRF Refining Line** | $0.00 | | $204,713.00 |
| **Ferrous separator - overbelt magnet**<br>**SRF Refining Line** | $0.00 | | $15,009.00 |
| **Eddy current separator**<br>**SRF Refining Line** | $0.00 | | $35,021.00 |
| **Air suction system**<br>**SRF Refining Line** | $0.00 | | $88,289.00 |
| **Pre-treatment switchboard**<br>**SRF Refining Line** | $0.00 | | $17,010.00 |
| **Refining switchboard**<br>**SRF Refining Line** | $0.00 | | $21,307.00 |
| **Ventilation switchboard**<br>**SRF Refining Line** | $0.00 | | $31,902.00 |

Debtor **Entsorga West Virginia, LLC** _____  Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| **PLC switchboard**<br>**SRF Refining Line** | $0.00 | $15,127.00 |
| **MR**<br>**SRF Refining Line** | $0.00 | $321,222.00 |
| **Doors- Specialty PVC Cloth Quick-Close Doors** | $0.00 | $30,755.00 |
| **Bioxidation Pipe** | $0.00 | $16,232.00 |
| **Air Compressors** | $0.00 | $13,500.00 |
| **John Deere Wheel Loader** | $0.00 | $47,500.00 |
| **Weight Scale** | $0.00 | $27,500.00 |
| **Leachate Tank** | $0.00 | $29,356.00 |
| **Hydraulic Trailer System** | $0.00 | $5,140.00 |
| **Roll Off Containers** | $0.00 | $20,000.00 |
| **Fire System Equipment** | $0.00 | $32,500.00 |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

    **$3,259,156.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Debtor **Entsorga West Virginia, LLC**                                          Case number *(If known)* _____
　　　　　Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **Lease Interest - 1.4 Acre Ground Lease, 30 year initial term, up to four 5-year period renewal terms, Total Potential terms under the agreement 50 years** | | **Unknown** | N/A | **$0.00** |
| 55.2. | **Off-site feedline lease comprised of specialized equipment located at the Argos Cement Kiln (a customer) located in Martinsburg, WV** | | **Unknown** | | **$0.00** |

56. **Total of Part 9.**                                                                    $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** **Control Systems/SCADA** | $0.00 | | $29,408.00 |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66. **Total of Part 10.**                                                                   $29,408.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No

Debtor    __Entsorga West Virginia, LLC__    Case number *(If known)* _____
                        Name

☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **Entsorga West Virginia, LLC**                              Case number *(If known)* _____
              Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $210,245.80 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $3,642,794.07 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $75,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $120,749.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,259,156.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................* > | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $29,408.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,337,352.87 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $7,337,352.87 |

Fill in this information to identify the case:

Debtor name **Entsorga West Virginia, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **WVEDA Solid Waste Disposal Revenue Bonds**<br>Creditor's Name<br><br>**US Bank ATTN:  Chris Gehman EX-VA-URIT James Center II 1021 East Cary St., Suite 1850 Richmond, VA 23219**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Blanket Lien on all Assets**<br><br>_____<br><br>Describe the lien | $33,000,000.00 | $7,767,657.31 |

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $33,000,000.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Polsinelli, PC 161 N. Clark Street Chicago, IL 60601** | Line  **2.1** | |

Debtor **Entsorga West Virginia, LLC**                                    Case number (if known)
           Name

**WV Economic Developement Authority**
**180 Association Drive**                                          Line  __2.1__
**Charleston, WV 25311**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Entsorga West Virginia, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Berkeley County Sheriff**<br>**400 West Stephen Street**<br>**Suite 209**<br>**Martinsburg, WV 25405** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$196,767.94** | **$196,767.94** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Taxes** | | |
| | Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Chelsea Weister**<br>**622 Morison Street**<br>**Charles Town, WV 25414** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,932.00** | **$7,932.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

52817

Name

Case number (if known)

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,284.35 | $4,284.35 |
|---|---|---|---|---|

**Dennis Soward**
**PO Box 951**
**Kearneysville, WV 25430**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,478.42 | $2,478.42 |
|---|---|---|---|---|

**Ernest Fisher**
**259 Drexel Court**
**Martinsburg, WV 25404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,427.11 | $3,427.11 |
|---|---|---|---|---|

**Jason Fondren**
**36 Venetian Court**
**Hedgesville, WV 25427**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,689.69 | $1,689.69 |
|---|---|---|---|---|

**Kristopher Napier**
**115 Mahoney Drive**
**Harpers Ferry, WV 25425**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,578.50 | $1,578.50 |
|---|---|---|---|---|
| | **Matthew Malatt** | *Check all that apply.* | | |
| | **39 Stockade Court** | ☐ Contingent | | |
| | **Hedgeville, WV 25427** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,075.07 | $3,075.07 |
|---|---|---|---|---|
| | **Stanley Cotta** | *Check all that apply.* | | |
| | **4262 Back Creek Valley Road** | ☐ Contingent | | |
| | **Hedgeville, WV 25427** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,086.52 | $9,086.52 |
|---|---|---|---|---|
| | **Tim Cottrell** | *Check all that apply.* | | |
| | **PO Box 242** | ☐ Contingent | | |
| | **Ivydale, WV 25113** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435,054.44 | $435,054.44 |
|---|---|---|---|---|
| | **West Virginia State Tax Department** | *Check all that apply.* | | |
| | **P.O. Box 1826** | ☐ Contingent | | |
| | **Charleston, WV 25327** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Solid Waste Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,403.11 | $2,403.11 |
|---|---|---|---|---|

**William Hess**
**212 Winchester Avenue**
**Apt. B**
**Martinsburg, WV 25401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,736.61 |

**AC&T Co., Inc.**
**11535 Hopewell Road**
**Hagerstown, MD 21740**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Business Operations**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,429.00 |
|---|---|---|---|

**AMCS Group**
**PO Box 360645**
**Pittsburgh, PA 15251-6645**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Business Operations**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,082.92 |
|---|---|---|---|

**American Pest Control, LLC**
**1314 Edwin Muller Blvd.**
**Martinsburg, WV 25404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Business Operations**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,585.00 |
|---|---|---|---|

**AP Logistics, LLC**
**PO Box 265**
**Jewett, TX 75846**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Business Operations**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $646.28 |
|---|---|---|---|

**Apple Valley Scale Company**
**PO Box 3434**
**Winchester, VA 22604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Business Operations**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,058.41 |

**Apple Valley Waste Services, Inc.**
PO Box 309
Kearneysville, WV 25430

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Operations**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,777,520.00 |

**Apple Valley Waste Services, Inc.**
400 West Stephen Street
Suite 209
Martinsburg, WV 25401

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security, Fire Control. Permit Compliance, Health Safety Management**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,334.65 |

**Berkeley County SWA**
19 Recovery Way
Martinsburg, WV 25405

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ground Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,707.50 |

**Bousum Transfer, LLC**
PO Box 290
Petersburg, PA 16669

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Operations**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,500.00 |

**Bressler, Amery, & Ross, P.C.**
325 Columbia Turnpike
Suite 301
Florham Park, NJ 07932

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **P.O. Box 1826**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,305.21 |

**Cintas**
PO Box 630803
Cincinnati, OH 45263

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Operations**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,201.58 |

**Clean Harbors Environmental Services,Inc**
PO Box 734867
Dallas, TX 75373

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Operations**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,758.98 |
|---|---|---|---|

**Conspec Controls, Inc.**
6 Guttman Blvd.
Charleroi, PA 15022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Operations** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,327.50 |
|---|---|---|---|

**Conti Testing Laboratories, Inc.**
PO Box 174
Bethel Park, PA 15102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Operations** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,842.98 |
|---|---|---|---|

**Crawford's Welding, Inc.**
318 Kackley Way
Martinsburg, WV 25405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Operations** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.00 |
|---|---|---|---|

**East Mountain Health Physicians, Inc.**
PO Box 1910
Winchester, VA 22604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Operations** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,356.20 |
|---|---|---|---|

**eFactor3, LLC**
15050 Choate Circle
Suite E
Charlotte, NC 28273

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Operations** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**Elementar Americas, Inc.**
119 Comac Street
Ronkonkoma, NY 11779

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Operations** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,760.85 |
|---|---|---|---|

**Fireline Corporation**
4506 Hollins Ferry Road
Halethorpe, MD 21227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Operations** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $171,727.68 |
|---|---|---|---|

**First Insurance Funding**
**PO BOx 7000**
**Carol Stream, IL 60197**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Operations**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,400.00 |
|---|---|---|---|

**Freed Maxick**
**PO Box 8000**
**Dept 644**
**Buffalo, NY 14267**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Operations**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,237.60 |
|---|---|---|---|

**Frost Brown Todd**
**PO Box 5716**
**Cincinnati, OH 45201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Operations**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,998.51 |
|---|---|---|---|

**Glessner Technologies**
**12116 Sherman Avenue**
**Hagerstown, MD 21740**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Operations**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,079.02 |
|---|---|---|---|

**Hendrickson & Long, PLLC**
**214 Capitol Street**
**PO Box 11070**
**Charleston, WV 25339**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Operations**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,750.00 |
|---|---|---|---|

**Impact Paving, LLC**
**2741 Hilltop Road**
**Oakdale, PA 15071**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Operations**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,610.85 |
|---|---|---|---|

**James River Equipment**
**245 Yardmaster Court**
**Stephenson, VA 22656**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Operations**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $305,988.43 |
|---|---|---|---|

**Kiln Direct, LLC**
**1880 Lynette Drive**
**Sumter, SC 29154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Operations**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,654.24 |
|---|---|---|---|

**Konecranes, Inc.**
**PO Box 644994**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Operations**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,094.05 |
|---|---|---|---|

**Linder Recyclingtech America, LLC**
**152 Walker Road**
**Statesville, NC 28625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Operations**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.00 |
|---|---|---|---|

**McNees, Wallace, Nurick, LLC**
**PO Box 1166**
**Harrisburg, PA 17108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Operations**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,278.64 |
|---|---|---|---|

**North American Millwright**
**4480 North Point Blvd.**
**Sparrows Point, MD 21219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Operations**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $158,033.29 |
|---|---|---|---|

**Onion Strategies, LLC**
**33 West Main Street**
**Buckhannon, WV 26201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Operations**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,550.00 |
|---|---|---|---|

**Panhandle Builders & Excavating, Inc.**
**222 Langston Blvd.**
**Martinsburg, WV 25404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Operations**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $673,126.72 |
|---|---|---|---|

**Polsinelli, PC**
**PO Box 878681**
**Kansas City, MO 64187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Operations**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $107,626.64 |
|---|---|---|---|

**Potomac Edison**
**PO Box 3615**
**Akron, OH 44309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Operations**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,968.97 |
|---|---|---|---|

**Quad-State Air Compressor**
**362 South Carlisle Street**
**Greencastle, PA 17225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Operations**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40,252.58 |
|---|---|---|---|

**Securitas Security Services USA, Inc.**
**PO Box 403412**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Operations**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Stewart Management Company**
**301 North Market Street**
**Suite 1410**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Operations**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,201.02 |
|---|---|---|---|

**United Rentals PR, Inc.**
**PO Box 100711**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Operations**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,039.11 |
|---|---|---|---|

**Williams Scotsman, Inc.**
**PO Box 91975**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Operations**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,779.04 |

**WM Corporate Services, Inc.**
**PO Box 13684**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business Operations__

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jared M. Adams, Esq.** <br> **Adams Law Firm, PLLC** <br> **PO Box 755** <br> **Martinsburg, WV 25402** | Line **2.9** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **Jared M. Adams, Esq.** <br> **Adams Law Firm, PLLC** <br> **PO Box 755** <br> **Martinsburg, WV 25402** | Line **2.2** <br><br> ☐ Not listed. Explain ____ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  667,777.15 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 4,140,777.06 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $  4,808,554.21 |

Fill in this information to identify the case:

Debtor name      **Entsorga West Virginia, LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)      _____

☐ Check if this is an
    amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **1.4 Acre Ground Lease 30 year initial term Up to four 5-year period renewal terms Total potential terms under the agreement - 50 years** |
| State the term remaining | **9 years** |
| List the contract number of any government contract | **Berkeley County Solid Waste Authority 870 Grapevine Road Martinsburg, WV 25401** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Off-site feedline lease comprised of specialized equipment located at the Argos Cement kiln (a customer) located in Martinsburg WV** |
| State the term remaining | **6 years, 3 months** |
| List the contract number of any government contract | **Kiln Direct, LLC 1880 Lynette Drive Sumter, SC 29154** |

Fill in this information to identify the case:

Debtor name __**Entsorga West Virginia, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF WEST VIRGINIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street / _____ / City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | _____ Street / _____ / City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | _____ Street / _____ / City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | _____ Street / _____ / City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Entsorga West Virginia, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$42,504.00** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,409,356.00** |
   | **For the fiscal year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$1,878,107.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Case 22-00054-dsc1    Doc 1    Filed 02/06/23    Entered 02/06/23 14:24:57    Page 35 of 51

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| WVEDA Solid Waste Disposal Revenue Bonds<br>US Bank ATTN: Chris Gehman EX-VA-URIT<br>James Center II<br>1021 East Cary St., Suite 1850<br>Richmond, VA 23219 | Swept Trust Account<br>Last 4 digits of account number: ___0028___ | September 6, 2022 | $3,642,794.07 |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Entsorgafin, SPA v. Entsorga West Virginia, LLC<br>22-CV-01559 | Breach of Contract | U.S.D.C. for the S.D.N.Y.<br>500 Pearl Street<br>New York, NY 10007 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Chelsea Weister & Timothy Cottrell<br>v.<br>Entsorga West Virginia, LLC, Renovare Environmental, INC.,<br>Brian C. Essman<br>CC-02-2022-C-353 | Demand for Wages | In the Circuit Court of Berkeley Co., WV<br>380 W South St,<br>Martinsburg, WV 25401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **The facility had a fire that primarily impacted solid waste held within the facility. While there was some damage done to the building and equipment, the value of the damage has not been determined.** | **None** | **July 25, 2022** | **Unknown** |
| **The facility had a fire that primarily impacted solid waste held within the facility. Additional damage was incurred by the building and equipment during the conduct of suppressing the fire. The value of the damage has not been determined.** | **None** | **October 24, 2022** | **Unknown** |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

Entsorga West Virginia, LLC Doc 1 Filed 02/06/23 Entered 02/06/23 14:24:57 Page 37 of 51

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:** Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Entsorga West Virginia, LLC   Doc 1   Filed 02/06/23   Entered 02/06/23 14:24:57   Page 38 of 51

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐  No.

■  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **WV DEP v. Entsorga WV, LLC Order No. SW-23-001** | **WV Dept. of Enviromental Protection Environmental Enforcement 601 57th Street SE Charleston, WV 25304** | **Corrective Action** | ■ Pending ☐ On appeal ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐  No.

■  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Enstorga WV, LLC<br>119 Recovery Way<br>Martinsburg, WV 25405 | WV Dept of Environmental Protection<br>601 57th Street, SE<br>Charleston, WV 25304 | Permit Compliance | October 20, 2022 |
| Enstorga WV, LLC<br>119 Recovery Way<br>Martinsburg, WV 25405 | WV Dept of Environmental Protection<br>601 57th Street, SE<br>Charleston, WV 25304 | Permit Compliance | May 17,2022 |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ☑ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26.  Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

- ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Renovare Environmental, Inc.<br>80 Red Schoolhouse Road<br>Suite 101<br>Chestnut Ridge, NY 10977 | 2019 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

- ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   Marcum, LLP<br>10 Melville Park Road<br>Melville, NY 11747 | 2021 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

- ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Renovare Environmental, Inc.**<br>**80 Red Schoolhouse Road**<br>**Suite 101**<br>**Chestnut Ridge, NY 10977** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **EWV Waste Technologies, LLC** | **80 Red Schoolhouse Road**<br>**Suite 101**<br>**Chestnut Ridge, NY 10977** | | **84.6** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Entsorga, USA, Inc.** | **300 Delware Avenue**<br>**Suite 210-A**<br>**Wilmington, DE 19801** | | **14.1** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Chemtex International, Inc.** | **1979 Eastwood Road**<br>**Wilmington, NC 28403** | | **1.3** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Tony Fuller** | **29 Hilltop Lane**<br>**Anderson, MO 64831** | **Director of Entsorga West Virginia, LLC** | **2019 - 2022** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  6, 2023**

**/s/ Brian C. Essman**                                        **Brian C. Essman**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

### United States Bankruptcy Court
#### Northern District of West Virginia

In re **Entsorga West Virginia, LLC**                    Case No. _____

                                    Debtor(s)          Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ..................................................    $          **75,000.00**

    Prior to the filing of this statement I have received ....................................    $          **75,000.00**

    Balance Due ......................................................................................    $              **0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    **Renovare Environmental, Inc.**

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**February  6, 2023** _____    **/s/ Brian R. Blickenstaff**
*Date*                                          **Brian R. Blickenstaff 9449**
                                                *Signature of Attorney*
                                                **Turner & Johns, PLLC**
                                                **808 Greenbrier Street**
                                                **Charleston, WV 25311**
                                                **304-720-2300  Fax: 304-720-2311**
                                                *Name of law firm*

**United States Bankruptcy Court**
**Northern District of West Virginia**

In re   **Entsorga West Virginia, LLC**                              Case No.
                                         Debtor(s)        Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Chemtex International, Inc.**<br>**1979 Eastwood Road**<br>**Wilmington, NC 28403** | **common** | **190.09** | **Membership Interest** |
| **Entsorga, USA, Inc.**<br>**300 Delware Avenue**<br>**Suite 210-A**<br>**Wilmington, DE 19801** | **Common** | **1989.61** | **Membership Interest** |
| **EWV Waste Technologies,LLC**<br>**80 Red Schoolhouse Road**<br>**Suite 101**<br>**Spring Valley, NY 10977** | **Preferred Units** | **19246.01** | **Membership Interest** |
| **EWV Waste Technologies,LLC**<br>**80 Red Schoolhouse Road**<br>**Suite 101**<br>**Spring Valley, NY 10977** | **Common** | **11964.24** | **Membership Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February  6, 2023**                    Signature   **/s/ Brian C. Essman**
                                                      **Brian C. Essman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Northern District of West Virginia**

In re   **Entsorga West Virginia, LLC**                        Case No.

                                          Debtor(s)         Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February  6, 2023**                 **/s/ Brian C. Essman**

                                           **Brian C. Essman**/**Managing Member**
                                           Signer/Title

.

Entsorga West Virginia, LLC
119 Recovery Way
Martinsburg, WV 25405


Brian R. Blickenstaff
Turner & Johns, PLLC
808 Greenbrier Street
Charleston, WV 25311


AC&T Co., Inc.
11535 Hopewell Road
Hagerstown, MD 21740


AMCS Group
PO Box 360645
Pittsburgh, PA 15251-6645


American Pest Control, LLC
1314 Edwin Muller Blvd.
Martinsburg, WV 25404


AP Logistics, LLC
PO Box 265
Jewett, TX 75846


Apple Valley Scale Company
PO Box 3434
Winchester, VA 22604


Apple Valley Waste Services, Inc.
PO Box 309
Kearneysville, WV 25430


Apple Valley Waste Services, Inc.
400 West Stephen Street
Suite 209
Martinsburg, WV 25401


Berkeley County Sheriff
400 West Stephen Street
Suite 209
Martinsburg, WV 25405

Berkeley County Solid Waste Authority
870 Grapevine Road
Martinsburg, WV 25401


Berkeley County SWA
19 Recovery Way
Martinsburg, WV 25405


Bousum Transfer, LLC
PO Box 290
Petersburg, PA 16669


Bressler, Amery, & Ross, P.C.
325 Columbia Turnpike
Suite 301
Florham Park, NJ 07932


Chelsea Weister
622 Morison Street
Charles Town, WV 25414


Cintas
PO Box 630803
Cincinnati, OH 45263


Clean Harbors Environmental Services,Inc
PO Box 734867
Dallas, TX 75373


Conspec Controls, Inc.
6 Guttman Blvd.
Charleroi, PA 15022


Conti Testing Laboratories, Inc.
PO Box 174
Bethel Park, PA 15102


Crawford's Welding, Inc.
318 Kackley Way
Martinsburg, WV 25405


Dennis Soward
PO Box 951
Kearneysville, WV 25430

East Mountain Health Physicians, Inc.
PO Box 1910
Winchester, VA 22604


eFactor3, LLC
15050 Choate Circle
Suite E
Charlotte, NC 28273


Elementar Americas, Inc.
119 Comac Street
Ronkonkoma, NY 11779


Ernest Fisher
259 Drexel Court
Martinsburg, WV 25404


Fireline Corporation
4506 Hollins Ferry Road
Halethorpe, MD 21227


First Insurance Funding
PO BOx 7000
Carol Stream, IL 60197


Freed Maxick
PO Box 8000
Dept 644
Buffalo, NY 14267


Frost Brown Todd
PO Box 5716
Cincinnati, OH 45201


Glessner Technologies
12116 Sherman Avenue
Hagerstown, MD 21740


Hendrickson & Long, PLLC
214 Capitol Street
PO Box 11070
Charleston, WV 25339

Impact Paving, LLC
2741 Hilltop Road
Oakdale, PA 15071


James River Equipment
245 Yardmaster Court
Stephenson, VA 22656


Jared M. Adams, Esq.
Adams Law Firm, PLLC
PO Box 755
Martinsburg, WV 25402


Jared M. Adams, Esq.
Adams Law Firm, PLLC
PO Box 755
Martinsburg, WV 25402


Jason Fondren
36 Venetian Court
Hedgesville, WV 25427


Kiln Direct, LLC
1880 Lynette Drive
Sumter, SC 29154


Kiln Direct, LLC
1880 Lynette Drive
Sumter, SC 29154


Konecranes, Inc.
PO Box 644994
Pittsburgh, PA 15264


Kristopher Napier
115 Mahoney Drive
Harpers Ferry, WV 25425


Linder Recyclingtech America, LLC
152 Walker Road
Statesville, NC 28625


Matthew Malatt
39 Stockade Court
Hedgesville, WV 25427

McNees, Wallace, Nurick, LLC
PO Box 1166
Harrisburg, PA 17108


North American Millwright
4480 North Point Blvd.
Sparrows Point, MD 21219


Onion Strategies, LLC
33 West Main Street
Buckhannon, WV 26201


Panhandle Builders & Excavating, Inc.
222 Langston Blvd.
Martinsburg, WV 25404


Polsinelli, PC
PO Box 878681
Kansas City, MO 64187


Polsinelli, PC
161 N. Clark Street
Chicago, IL 60601


Potomac Edison
PO Box 3615
Akron, OH 44309


Quad-State Air Compressor
362 South Carlisle Street
Greencastle, PA 17225


Securitas Security Services USA, Inc.
PO Box 403412
Atlanta, GA 30384


Stanley Cotta
4262 Back Creek Valley Road
Hedgesville, WV 25427


Stewart Management Company
301 North Market Street
Suite 1410
Wilmington, DE 19801

Tim Cottrell
PO Box 242
Ivydale, WV 25113


United Rentals PR, Inc.
PO Box 100711
Atlanta, GA 30384


West Virginia State Tax Department
P.O. Box 1826
Charleston, WV 25327


William Hess
212 WInchester Avenue
Apt. B
Martinsburg, WV 25401


Williams Scotsman, Inc.
PO Box 91975
Chicago, IL 60693


WM Corporate Services, Inc.
PO Box 13684
Philadelphia, PA 19101


WV Economic Developement Authority
180 Association Drive
Charleston, WV 25311


WVEDA Solid Waste Disposal Revenue Bonds
US Bank ATTN: Chris Gehman EX-VA-URIT
James Center II
1021 East Cary St., Suite 1850
Richmond, VA 23219

# United States Bankruptcy Court
## Northern District of West Virginia

In re  **Entsorga West Virginia, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Entsorga West Virginia, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Entsorga, USA, Inc.**
**300 Delware Avenue**
**Suite 210-A**
**Wilmington, DE 19801**

**EWV Waste Technologies,LLC**
**80 Red Schoolhouse Road**
**Suite 101**
**Spring Valley, NY 10977**

☐ None [*Check if applicable*]

**February  6, 2023**

Date

**/s/ Brian R. Blickenstaff**

**Brian R. Blickenstaff 9449**

Signature of Attorney or Litigant

Counsel for  **Entsorga West Virginia, LLC**

**Turner & Johns, PLLC**
**808 Greenbrier Street**
**Charleston, WV 25311**
**304-720-2300 Fax:304-720-2311**