

David L. Bissett
United States Bankruptcy Judge

# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:                                          )
                                                )
ENTSORGA WEST VIRGINIA, LLC,   )   Case No. 3:23-bk-00046
                                                )
           Debtor.             )   Chapter 11
_____  )

## ORDER

On March 10, 2023, the court convened a telephonic hearing to obtain an update from the parties regarding their respective efforts negotiating resolutions to several motions, including the Debtor's motion to obtain post-petition financing and the United States Trustee's motion to dismiss. During the hearing, the parties indicated an inability to resolve the Debtor's request for post-petition financing, and the Debtor reported its inability to obtain insurance of any type upon its property, particularly in the absence of an agreement regarding post-petition financing. Based upon that, the UST reiterated its position that failure to maintain insurance upon property of the estate constitutes cause to dismiss the case. *See* 11 U.S.C. § 1112(b)(4)(C).

Therefore, for reasons fully stated on the record, the court does hereby

**ORDER** that the UST's motion to dismiss (Doc. No. 34), filed February 21, 2023, be and hereby is GRANTED, and the case is DISMISSED. Based upon the dismissal, the court does hereby

**FURTHER ORDER** that the Debtor's motion to obtain post-petition financing (Doc. No. 4) and its motion to assume an executory contract (Doc. No. 6), both filed February 6, 2023, be and hereby are DENIED as Moot. Notably, however, the court does hereby

**FURTHER ORDER** that it retains jurisdiction to consider an application for compensation, which Debtor's counsel shall file not later than March 17, 2023.

United States Bankruptcy Court
Northern District of West Virginia

In re:     Case No. 23-00046-dlb
Entsorga West Virginia, LLC     Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0424-3     User: ad     Page 1 of 3
Date Rcvd: Mar 10, 2023     Form ID: pdfdoc     Total Noticed: 70

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Entsorga West Virginia, LLC, 119 Recovery Way, Martinsburg, WV 25405-1705 |
| cr | + | Apple Valley Waste Services, Inc., 771 James Burr Boulevard, Kearneysville, WV 25430-1125 |
| cr | + | Berkeley County Solid Waste Authority, 19 Recovery Way, Martinsburg, WV 25405-1709 |
| cr | + | West Virginia Economic Development Authority, 180 Association Drive, Charleston, WV 25311-1217, UNITED STATES 25311-1217 |
| 1664400 | + | AC&T Co., Inc., 11535 Hopewell Road, Hagerstown, MD 21740-2109 |
| 1664401 | | AMCS Group, PO Box 360645, Pittsburgh, PA 15251-6645 |
| 1664403 | + | AP Logistics, LLC, PO Box 265, Jewett, TX 75846-0265 |
| 1664404 | + | Apple Valley Scale Company, PO Box 3434, Winchester, VA 22604-1134 |
| 1664406 | + | Apple Valley Waste Services, Inc., 400 West Stephen Street, Suite 209, Martinsburg, WV 25401-3838 |
| 1664405 | + | Apple Valley Waste Services, Inc., PO Box 309, Kearneysville, WV 25430-0309 |
| 1664523 | | Atty General Of WV, BLDG 1 E-26 Ground Floor Main Unit, Capitol Building, Charleston WV 25301 |
| 1664409 | + | Berkeley County SWA, 19 Recovery Way, Martinsburg, WV 25405-1709 |
| 1664407 | + | Berkeley County Sheriff, 400 West Stephen Street, Suite 209, Martinsburg, WV 25401-3838 |
| 1664408 | + | Berkeley County Solid Waste Authority, 870 Grapevine Road, Martinsburg, WV 25405 |
| 1664410 | + | Bousum Transfer, LLC, PO Box 290, Petersburg, PA 16669-0290 |
| 1664412 | #+ | Chelsea Weister, 622 Morison Street, Charles Town, WV 25414-1141 |
| 1664413 | + | Cintas, PO Box 630803, Cincinnati, OH 45263-0803 |
| 1664414 | + | Clean Harbors Environmental Services,Inc, PO Box 734867, Dallas, TX 75373-4867 |
| 1664415 | + | Conspec Controls, Inc., 6 Guttman Blvd., Charleroi, PA 15022-1015 |
| 1664416 | + | Conti Testing Laboratories, Inc., PO Box 174, Bethel Park, PA 15102-0174 |
| 1664417 | + | Crawford's Welding, Inc., 318 Kackley Way, Martinsburg, WV 25405-5094 |
| 1664418 | + | Dennis Soward, PO Box 951, Kearneysville, WV 25430-0951 |
| 1664419 | + | East Mountain Health Physicians, Inc., PO Box 1910, Winchester, VA 22604-8060 |
| 1664421 | + | Elementar Americas, Inc., 119 Comac Street, Ronkonkoma, NY 11779-6931 |
| 1666167 | + | Enrico A. Pellegrini, Esq., Pellegrini & Mendoza LLP, 250 Park Avenue, 7th Floor, New York, NY 10177-0799 |
| 1666168 | + | Entsorgafin S.p.A., c/o: Enrico A. Pellegrini, Esq., Pellegrini & Mendoza LLP, 250 Park Avenue, 7th Floor, New York, NY 10177-0799 |
| 1664422 | + | Ernest Fisher, 259 Drexel Court, Martinsburg, WV 25404-1116 |
| 1664423 | + | Fireline Corporation, 4506 Hollins Ferry Road, Halethorpe, MD 21227-4671 |
| 1664424 | + | First Insurance Funding, PO BOx 7000, Carol Stream, IL 60197-7000 |
| 1664425 | + | Freed Maxick, PO Box 8000, Dept 644, Buffalo, NY 14267-0002 |
| 1664426 | + | Frost Brown Todd, PO Box 5716, Cincinnati, OH 45201-5716 |
| 1664721 | + | Frost Brown Todd LLP, Edward M. King, 400 W. Market Street, 32nd Floor, Louisville, KY 40202-3359 |
| 1664427 | | Glessner Technologies, 12116 Sherman Avenue, Hagerstown, MD 21740 |
| 1664428 | + | Hendrickson & Long, PLLC, 214 Capitol Street, PO Box 11070, Charleston, WV 25339-1070 |
| 1664430 | + | James River Equipment, 245 Yardmaster Court, Stephenson, VA 22656-1761 |
| 1664431 | + | Jared M. Adams, Esq., Adams Law Firm, PLLC, PO Box 755, Martinsburg, WV 25402-0755 |
| 1664433 | + | Jason Fondren, 36 Venetian Court, Hedgesville, WV 25427-7471 |
| 1664434 | + | Kiln Direct, LLC, 1880 Lynette Drive, Sumter, SC 29154-8093 |
| 1664436 | + | Konecranes, Inc., PO Box 644994, Pittsburgh, PA 15264-4994 |
| 1664437 | + | Kristopher Napier, 115 Mahoney Drive, Harpers Ferry, WV 25425-6423 |
| 1664438 | + | Linder Recyclingtech America, LLC, 152 Walker Road, Statesville, NC 28625-2535 |
| 1664439 | + | Matthew Malatt, 39 Stockade Court, Hedgesville, WV 25427-4983 |

| | | |
|---|---|---|
| 1664440 | + | McNees, Wallace, Nurick, LLC, PO Box 1166, Harrisburg, PA 17108-1166 |
| 1664441 | + | North American Millwright, 4480 North Point Blvd., Sparrows Point, MD 21219-1004 |
| 1664442 | + | Onion Strategies, LLC, 33 West Main Street, Buckhannon, WV 26201-2235 |
| 1664443 | + | Panhandle Builders & Excavating, Inc., 222 Langston Blvd., Martinsburg, WV 25404-6598 |
| 1664444 | + | Polsinelli, PC, PO Box 878681, Kansas City, MO 64187-8681 |
| 1664445 | + | Polsinelli, PC, 161 N. Clark Street, Chicago, IL 60601-3316 |
| 1664447 | + | Quad-State Air Compressor, 362 South Carlisle Street, Greencastle, PA 17225-1568 |
| 1664525 | + | Regional Bankruptcy Contact, U.S. Environmental Protection Agency, Region III, 1650 Arch Street (3RC00), Philadelphia PA 19103-2029 |
| 1664448 | + | Securitas Security Services USA, Inc., PO Box 403412, Atlanta, GA 30384-3412 |
| 1664449 | + | Stanley Cotta, 4262 Back Creek Valley Road, Hedgesville, WV 25427-6501 |
| 1664450 | + | Stewart Management Company, 301 North Market Street, Suite 1410, Wilmington, DE 19801-2529 |
| 1664451 | + | Tim Cottrell, PO Box 242, Ivydale, WV 25113-0242 |
| 1664528 | + | US Attorney, Northern District of WV, PO Box 591, Wheeling WV 26003-0011 |
| 1664452 | + | United Rentals PR, Inc., PO Box 100711, Atlanta, GA 30384-0711 |
| 1664456 | + | WM Corporate Services, Inc., PO Box 13684, Philadelphia, PA 19101-3684 |
| 1664457 | + | WV Economic Developement Authority, 180 Association Drive, Charleston, WV 25311-1217 |
| 1664458 | + | WVEDA Solid Waste Disposal Revenue Bonds, US Bank ATTN: Chris Gehman EX-VA-URIT, James Center II, 1021 East Cary St., Suite 1850, Richmond, VA 23219-4090 |
| 1664530 | | West Virginia Insurance Commission, Legal Division - Bankruptcy, Post Office Box 50540, Charleston WV 25305-0540 |
| 1664454 | + | William Hess, 212 WInchester Avenue, Apt. B, Martinsburg, WV 25401-2604 |
| 1664455 | + | Williams Scotsman, Inc., PO Box 91975, Chicago, IL 60693-1975 |
| 1664420 | + | eFactor3, LLC, 15050 Choate Circle, Suite E, Charlotte, NC 28273-7342 |

TOTAL: 63

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 1664411 | + | Email/Text: cborrelli@bressler.com | Mar 10 2023 18:54:00 | Bressler, Amery, & Ross, P.C., 325 Columbia Turnpike, Suite 301, Florham Park, NJ 07932-1235 |
| 1664524 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 10 2023 18:54:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 1664446 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 10 2023 18:54:00 | Potomac Edison, PO Box 3615, Akron, OH 44309-3615 |
| 1664526 | | Email/Text: karen.brown@treasury.gov | Mar 10 2023 18:54:00 | Secretary Of The Treasury, 15th St & Pennsylvania Avenue, Washington DC 20220-0001 |
| 1664527 | | Email/Text: ssa.bankruptcy@ssa.gov | Mar 10 2023 18:54:00 | Social Security Administration, 300 Spring Garden Street, Philadelphia PA 19123-2999 |
| 1664529 | | Email/Text: TaxBankruptcy@wv.gov | Mar 10 2023 18:54:00 | WV Dept of Tax & Revenue, Bankruptcy Unit, Post Office Box 766, Charleston WV 25323-0766 |
| 1664453 | + | Email/Text: TaxBankruptcy@wv.gov | Mar 10 2023 18:54:00 | West Virginia State Tax Department, P.O. Box 1826, Charleston, WV 25327-1826 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 1665231 | *+ | Apple Valley Scale Company Inc., PO Box 3434, Winchester VA 22604-1134 |
| 1664432 | *+ | Jared M. Adams, Esq., Adams Law Firm, PLLC, PO Box 755, Martinsburg, WV 25402-0755 |
| 1664435 | *+ | Kiln Direct, LLC, 1880 Lynette Drive, Sumter, SC 29154-8093 |
| 1664402 | ##+ | American Pest Control, LLC, 1314 Edwin Muller Blvd., Martinsburg, WV 25404-5717 |
| 1664429 | ##+ | Impact Paving, LLC, 2741 Hilltop Road, Oakdale, PA 15071-2100 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arthur M. Standish | on behalf of Creditor US Bank Trust Company N.A., as Indentured Trustee art.standish@steptoe-johnson.com |
| Brian Richard Blickenstaff | on behalf of Debtor Entsorga West Virginia LLC bblickenstaff@johnswvlaw.com |
| Charles S. Trump, IV | on behalf of Creditor Berkeley County Solid Waste Authority ctrump@trumpandtrump.com chenry@trumpandtrump.com |
| Debra Lee Allen | on behalf of Creditor West Virginia Economic Development Authority dallen@spilmanlaw.com |
| John Douglas Elrod | on behalf of Creditor US Bank Trust Company N.A., as Indentured Trustee elrodj@gtlaw.com, fieldss@gtlaw.com |
| Julia A. Chincheck | on behalf of Creditor Apple Valley Waste Services Inc. jchincheck@bowlesrice.com, ajones@bowlesrice.com |
| Michael R. Proctor | on behalf of Creditor Apple Valley Waste Services Inc. mproctor@bowlesrice.com, lcrown@bowlesrice.com |
| Shari Lynne Collias | on behalf of U.S. Trustee United States Trustee shari.collias@usdoj.gov |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| W. Eric Gadd | on behalf of Creditor West Virginia Economic Development Authority EGadd@spilmanlaw.com |
| Zachary James Rosencrance | on behalf of Creditor Apple Valley Waste Services Inc. zrosencrance@bowlesrice.com, ajones@bowlesrice.com |

TOTAL: 11